AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ISLAND COMPANY LLC, a Florida Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>PACIFIC SUNWEAR STORES CORP., a California Corporation; KENDALL JENNER, INC., a California Corporation, and; KYLIE JENNER, INC., a California Corporation<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>15-81414-Marra/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PACIFIC SUNWEAR STORES CORP.
c/o Craig Gosselin, Registered Agent
3450 E Miraloma Ave
Anaheim, CA 92806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie C. Adams, Esq.
Gary A. Woodfield, Esq.
Susan B. Yoffee, Esq.
Haile Shaw & Pfaffenberger, P.A.
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Oct 14, 2015__



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| ISLAND COMPANY LLC, a Florida Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br><br>PACIFIC SUNWEAR STORES CORP., a California Corporation; KENDALL JENNER, INC., a California Corporation, and; KYLIE JENNER, INC., a California Corporation<br>*Defendant(s)* | Civil Action No.<br>15-CV-81414-Marra/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KYLIE JENNER, INC.
c/o Lester Knispell, Registered Agent
21731 Ventura Boulevard, Suite 300
Woodland Hills, CA 91364

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie C. Adams, Esq.
Gary A. Woodfield, Esq.
Susan B. Yoffee, Esq.
Haile Shaw & Pfaffenberger, P.A.
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Oct 14, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ISLAND COMPANY LLC, a Florida Limited Liability Company <br><br> *Plaintiff(s)* <br><br> v. <br><br> PACIFIC SUNWEAR STORES CORP., a California Corporation; KENDALL JENNER, INC., a California Corporation, and; KYLIE JENNER, INC., a California Corporation <br><br> *Defendant(s)* | Civil Action No. <br><br> 15-CV-81414-Marra/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KENDALL JENNER, INC.
c/o Lester Knispell, Registered Agent
21731 Ventura Boulevard, Suite 300
Woodland Hills, CA 91364

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie C. Adams, Esq.
Gary A. Woodfield, Esq.
Susan B. Yoffee, Esq.
Haile Shaw & Pfaffenberger, P.A.
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 14, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts